## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

**TRISTAN CHANDLER STEVENS, #28992-509** **PLAINTIFF**

**v.** **CIVIL NO. 3:24-cv-272-HTW-LGI**

**WARDEN BAYSORE** **DEFENDANT**

### ORDER ADOPTING REPORT AND RECOMMENDATION [7]

BEFORE THE COURT is the Report and Recommendation [7] of United States Magistrate Judge LaKeysha Greer Isaac.  In her Report and Recommendation, filed on January 15, 2025, Magistrate Judge Isaac recommended that this civil action be dismissed without for Plaintiff's failure to prosecute and obey the Orders of the Court.  Magistrate Judge Isaac directed the parties to file any objections within fourteen (14) days.  To date, there has been no objections filed.

Based upon the findings and recommendation contained in the Report and Recommendation, the Court finds it well-taken and hereby **ADOPTS** the Report and Recommendation [7] of the Magistrate Judge as the Order of this Court.  This case is **DISMISSED WITHOUT PREJUDICE.**

**SO ORDERED** this the 14th day of February, 2025.

                                                  s/HENRY T. WINGATE
                                                UNITED STATES DISTRICT JUDGE